UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABOUBAKAR SIRIKI KONE,

    Petitioner,

v.                                  Case No. 05-CV-74180-DT

PHILIP WRONA, Interim Director,
Bureau of Immigration and
Customs Enforcement,

    Respondent.
_____/

## JUDGMENT

In accordance with the court's "Order Denying Petition for Writ of Habeas Corpus" dated January 31, 2006,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Philip Wrona and against Petitioner Aboubakar Siriki Kone. Dated at Detroit, Michigan, this 31st day of January, 2006.

                                             DAVID J. WEAVER
                                             CLERK OF THE COURT

                                        BY: s/Lisa G. Wagner
                                               Lisa Wagner, Deputy Clerk
                                               and Case Manager to
                                               Judge Robert H. Cleland